IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RICHARD B. HOLMES,**

    **Plaintiff,**

  v.                                                                     Cause No. 2:23-cv-00702

**DEPARTMENT OF HOMELAND SECURITY,**

    **Defendant.**

## COMPLAINT FOR INJUNCTIVE RELIEF

**COMES NOW** Plaintiff, Richard B. Holmes, by and through his undersigned counsel of John D. Wheeler & Associates, a Professional Corporation, and states as follows in support of his *Complaint for Injunctive Relief*:

1. Plaintiff Richard B. Holmes is a resident of Otero County in the State of New Mexico.

2. Department of Homeland Security ("DHS") is an "agency" within the meaning of the Freedom of Information Act, 5 U.S.C. § 552.

3. This is an action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), to order the production of agency records, specifically certain DHS Office of Inspector General records and files pertaining to the Plaintiff Richard B. Holmes.

4. This court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §1331.

5. Venue lies in this district pursuant to 5 U.S.C. § 552(a)(4)(B).

6. On July 27, 2022, by electronic submission on DHS's website, Plaintiff requested

certain public records subject to the FOIA.

7. Specifically, Plaintiff requested the following:

   i. Entire case file for ROI201807559;

   ii. Entire case file for any OIG investigation (other than ROI201807559) into retired U.S. Border Patrol Agent Richard B. Holmes; and

   iii. Any other records in the possession of OIG relating or pertaining to retired U.S. Border Patrol Agent Richard B. Holmes from 01/01/2010 to 07/27/2022.

8. DHS has possession of the documents requested.

9. On September 28, 2022, DHS sent Plaintiff an Acknowledgement Letter and assigned Plaintiff's request a Freedom of Information Act Request No. 2022-IGFO-00243. A true and correct copy of the Acknowledgement Letter Plaintiff received from DHS is attached hereto as Exhibit "1" and is incorporated by reference as though fully set forth herein.

10. On September 30, 2022, Plaintiff received a Request for Certification of Identity from DHS.

11. On October 5, 2022, Plaintiff completed and submitted a Certification of Identity.

12. Plaintiff has received no further response from DHS in regards to the records sought.

13. More than one (1) year has passed since the request was made, and Plaintiff still has not received any records.

14. This lengthy delay of more than a year in producing the requested records, or otherwise giving Plaintiff a substantive response, is a de facto denial of the request. Because there was not an affirmative denial, Plaintiff is unable to appeal. This Court should hold that Plaintiff

is "deemed to have exhausted his administrative remedies with respect to such request" pursuant to 5 U.S.C. § 552(a)(6)(C)(i).

15.     Plaintiff has a right of access to the requested information under 5 U.S.C. § 552(a)(3), and there is no legal basis for Defendant's denial of such access.

**WHEREFORE**, Plaintiff respectfully prays that this Court:

A.     Order Defendant to provide access to the requested documents;

B.     Expedite this proceeding as provided for in 28 U.S.C. § 1657;

C.     Award Plaintiff costs and reasonable attorney fees in this action, as provided in 5 U.S.C. § 552(a)(4)(E); and

D.     Grant such other and further relief as may deem just and proper.

Respectfully submitted,

JOHN D. WHEELER & ASSOCIATES,
a Professional Corporation,

By: /s/ John D. Wheeler
John D. Wheeler
*Attorney for Plaintiff*
P.O. Box 1810
Alamogordo, NM  88311-1810
(575) 437-5750 (Telephone)
(575) 437-3557 (Facsimile)
jdw@jdw-law.com